UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARON MANUFACTURING CO., INC.,

    Plaintiff,

v.                                              CASE NO: 8:10-cv-1270-T-26EAJ

EQUIPMENT SPECIALISTS, INC.,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that the Joint Motion for Reconsideration (Dkt. 9) is granted. The Court's order dismissing this case entered October 19, 2010, at docket 8, is vacated. The Court *sua sponte* approves the parties' settlement stipulation attached to the motion as Exhibit A and reserves jurisdiction to enforce its provisions. The Clerk shall continue to maintain this case in closed status.

**DONE AND ORDERED** at Tampa, Florida, on October 25, 2010.

                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record